# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH BUTUSOV, | ) |
| Plaintiff, | ) ) ) ) ) |
| vs. | ) CASE NO. 15-580-SCW ) |
| DR. JOHN COE, TRAVIS JAMES, STEPHEN DUNCAN, DR. PHIL MARTIN, LOUIS SHICKER, and WEXFORD HEALTH SOURCES, INC., | ) ) ) ) ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendants Stephen Duncan, Dr. Phil Martin, Dr. Louis Shicker were dismissed with prejudice on January 22, 2018 by Stipulation (Doc. 98).

Defendants Dr. John Coe, and Travis James were dismissed and substituted by Wexford Health Sources, Inc., on May 24, 2018 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 106)..

The remaining case is dismissed with prejudice and without costs in accordance with an Order entered by Magistrate Judge Stephen C. Williams on March 15, 2018 (Doc. 104).

THEREFORE, judgment is entered in favor of Defendants Dr. John Coe, Travis James, Stephen Duncan, Dr. Phil Martin, Louis Shicker, and Wexford Health Sources, Inc. and against Plaintiff Kenneth Butosov.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30

days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 2nd day of July, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
    **Deputy Clerk**

Approved by  */s/ Stephen C. Williams*
    **United States Magistrate Judge**
    **Stephen C. Williams**